IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01335

AARON O'BRIEN AND
JANELLE HANDY,

        Plaintiffs,

v.

MP ENVIRONMENTAL SERVICES, INC., and
SHELBY HANNAH,

        Defendants.

---

## NOTICE OF REMOVAL

---

TO:    THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants MP

Environmental Services, Inc. and Shelby Hannah ("Defendants") hereby remove the case

captioned *Aaron O'Brien and Janelle Handy v. MP Environmental Services; Shelby Hannah*,

from the District Court, Denver County, State of Colorado, to the U.S. District Court for the

District of Colorado on the ground that jurisdiction exists under 28 U.S.C. § 1332. In support of

removal under 28 U.S.C. § 1441(b), Defendants state as follows:

## **BACKGROUND**

1.      On April 3, 2019, Plaintiffs Aaron O'Brien and Janelle Handy ("Plaintiffs") filed

a Complaint ("Complaint") against Defendants in the District Court, Denver County, Colorado

("State Court Action").

2.      Plaintiffs served Shelby Hannah with the Complaint on April 8, 2019 by service on his wife, Christy Hannah. (*See* April 22, 2019 affidavit of service submitted herewith.)

3.      Plaintiffs served MP Environmental Services, Inc. with the Complaint on April 9, 2019 by service on its Customer Service Representative, Amanda Little. (*See* April 22, 2019 affidavit of service submitted herewith.)

4.      The allegations in the Complaint stem from an accident occurring in Aurora, Colorado on or about October 9, 2017. (*See* Compl. ¶ 12.)

5.      Plaintiffs allege that Mr. Hannah failed to yield to Ms. Handy's vehicle. (*Id.* ¶¶ 14-15.)

6.      Plaintiffs assert four claims for relief: negligence, negligence *per se*, vicarious liability, and respondeat superior. (*Id.* ¶¶ 25-28, 29-36, 37-41, and 42-56.)

7.      Plaintiffs request "judgment in favor of the Plaintiffs and against the Defendants in an amount that will compensate the Plaintiffs for all injuries, damages and losses. The Plaintiffs ask for interest at the highest legal rate, both statutory and moratory, from the date of injury before and after judgment. The Plaintiffs ask for an award of costs, expert witness fees, reasonable attorney fees to the extent allowed by law, and all other appropriate relief." (*Id.* WHEREFORE clause, p. 6.)

8.      Defendants contend that Mr. Hannah was not negligent or negligent per se, and as such, there is no basis for Plaintiffs' claims of vicarious liability and respondeat superior against MP Environmental Services, Inc.

## I.    REMOVAL IS TIMELY

9.    This Notice of Removal is filed within thirty (30) days after service of the Complaint on Defendant Hannah[1], which occurred on April 8, 2019. (*See* April 22, 2019 affidavit of service submitted herewith.)

10.    Removal of this action is therefore timely under 28 U.S.C. § 1446(b)(1). *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (stating that "defendant's period for removal will be no less than 30 days from service").

## II.    DIVERSITY OF CITIZENSHIP EXISTS

11.    A notice of removal need only plausibly allege facts establishing diversity jurisdiction. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014). Extrinsic proof of facts establishing diversity jurisdiction may be required only when the plaintiff challenges or the court questions jurisdiction. *See id.*

12.    Plaintiff, Janelle Handy, is a resident and citizen of Colorado. (*See* Compl. ¶ 1.)

13.    Plaintiff Aaron O'Brien, is a resident and citizen of St. Croix, US Virgin Islands. (*See* Compl. ¶ 2.)

14.    Defendant Shelby Hannah is a resident and citizen of Montana. (*See* Compl. ¶ 3.)

15.    Defendant MP Environmental Services, Inc. is a corporation organized in the State of California and with its principal place of business in the State of California. (*See* Compl. ¶ 4; California Secretary of State summary, attached as Exhibit 1.)

---

[1] As stated above, Defendant MP Environmental Services, Inc. was served after Defendant Hannah, on April 9, 2019.

16.     Because the parties are citizens of different states, and MP Environmental Services, Inc. and Hannah are not citizens of Colorado, complete diversity exists and removal is proper. *See* 28 U.S.C. § 1332(a)(1), § 1332(c)(1), and § 1441.

## III.     THE AMOUNT IN CONTROVERSY EXCEEDS $75,000, EXCLUSIVE OF INTEREST AND COSTS

17.     The amount in controversy in this action exceeds $75,000, exclusive of interest and costs, as is required to maintain diversity jurisdiction. *See Dart Cherokee*, 135 S. Ct. at 554 ("[A]s specified in § 1446(a), a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold.").

18.     Plaintiff O'Brien alleges that he sustained multiple injuries of a continuing and permanent nature, including permanent scarring and nerve injuries to his face, neck, mid back, low back, left shoulder and left chest wall. He further alleges he has "needs for future surgeries." Plaintiff Handy alleges that she sustained "numerous injuries" including to her back, neck and wrist, which she alleges require "on-going medical care."  (Compl. ¶¶ 20-22.)

19.     Both Plaintiffs seek compensation for pain and suffering, loss of enjoyment of life, past and future medical expenses—which they allege are continuing to accrue due to the continuing nature of the injury—and impairment. (Compl. ¶¶ 20-22, 28.)

20.     Plaintiffs' civil cover sheet filed in state court confirms that the amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiffs indicated that they seek "[a] monetary judgment over $100,000," excluding interest and costs. (*See* State Court Civil Cover Sheet submitted herewith.) Plaintiffs' representation on the civil cover sheet establishes for the purposes of federal diversity jurisdiction that Plaintiffs seek in excess of $75,000 in disputed damages, exclusive of interest and costs. *See Paros Props. LLC v. Colo. Cas. Ins. Co.*,

835 F.3d 1264, 1272-73 (10th Cir. 2016) (noting that state court civil cover sheet unambiguously indicated the amount in controversy was more than $100,000 and that there was "no reason not to credit an assertion by an officer of the court on a matter of significant consequence in the state proceeding").

21.     In light of the foregoing, the amount in controversy exceeds $75,000, exclusive of interest and costs.

## VENUE

22.     Venue is proper in the District of Colorado pursuant to 28 U.S.C. §§ 1391(b)(2) and 1446(a).

## PROCESS, PLEADINGS, AND ORDERS SERVED

23.     As required by 28 U.S.C. § 1446(a), Civil Local Rule 81.1, and this Court's Electronic Case Filing Procedures, Version 6.1, Section IV, 4.4(b), copies of service of process, pleadings, and orders filed in the State Court Action are being provided along with this Notice of Removal.

## NOTICE OF REMOVAL

24.     Pursuant to 28 U.S.C. § 1446, the filing of a copy of this Notice with the Clerk of the State Court effects the removal of the State Court Action. A copy of the Notice of Filing of Notice of Removal, filed contemporaneously in the State Court Action, is attached hereto.

Dated:  May 8, 2019                    Respectfully submitted,


                                       *s/ Cedric D. Logan*
                                       Cedric D. Logan
                                       Kristen L. Ferries
                                       Wheeler Trigg O'Donnell LLP
                                       370 Seventeenth Street, Suite 4500
                                       Denver, CO  80202-5647
                                       Telephone:   303.244.1800
                                       Facsimile:    303.244.1879
                                       Email:   logan@wtotrial.com
                                                   ferries@wtotrial.com

                                       Attorneys for Defendants
                                       MP Environmental Services, Inc. and Shelby
                                       Hannah

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

      I HEREBY CERTIFY that on May 8, 2019, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system.  I sent a copy of the foregoing via email to the following email address:

- **Daniel S. Foster**
  danny@fostergraham.com

*s/ Cedric D. Logan*